1  Ernest M. Malaspina (SBN 187946)
   emalaspina@hopkinscarley.com
2  Jennifer S. Coleman (SBN 213210)
   jcoleman@hopkinscarley.com
3  Shirley E. Jackson (SBN 205872)
   sjackson@hopkinscarley.com
4  Sean Bothamley (SBN 300100)
   sbothamley@hopkinscarley.com
5  HOPKINS & CARLEY
   A Law Corporation
6  The Letitia Building
   70 South First Street
7  San Jose, CA  95113-2406

8  *mailing address:*
   P.O. Box 1469
9  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
10 Facsimile:     (408) 998-4790

11 Attorneys for Defendants
   STELLAR MANAGEMENT GROUP VII, LLC;
12 STELLAR MANAGEMENT GROUP, INC. d/b/a
      QSI QUALITY SERVICE INTEGRITY; and
13 THE VINCIT COMPANY, LLC d/b/a THE
      VINCIT GROUP and VINCIT ENTERPRISES

14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO

18 | DAVID CHAVEZ, on behalf of himself | CASE NO.  3:19-cv-01353-JCS |
   and all others similarly situated,

19 |                                    | **DEFENDANTS STELLAR MANAGEMENT** |
   |                                    | **GROUP, INC. D/B/A QSI QUALITY** |
20 |         Plaintiff,                 | **SERVICE INTEGRITY'S AND THE VINCIT** |
   |                                    | **COMPANY, LLC D/B/A THE VINCIT** |
21 |     v.                             | **GROUP AND VINCIT ENTERPRISES'** |
   |                                    | **ADMINISTRATIVE MOTION FOR LEAVE** |
22 | STELLAR MANAGEMENT GROUP VII,      | **TO FILE SUR-REPLY TO DEFENDANTS'** |
   | LLC; STELLAR MANAGEMENT            | **MOTION TO DISMISS FOR LACK OF** |
23 | GROUP, INC. d/b/a QSI QUALITY      | **PERSONAL JURISDICTION** |
   | SERVICE INTEGRITY; THE VINCIT
24 | COMPANY, LLC d/b/a THE VINCIT      | Judge:        Joseph C. Spero, Chief Magistrate |
   | GROUP and VINCIT ENTERPRISES,      | Place:        Courtroom F – 15th Floor |
25 |                                    |
   |         Defendants.                | Action Filed:  March 13, 2019 |
26

27

28

3424151.2

1       Pursuant to Local Rule 7-11, Defendants Stellar Management Group, Inc. d/b/a QSI

2  Quality Service Integrity ("Stellar, Inc.") and The Vincit Company, LLC d/b/a The Vincit Group

3  and Vincit Enterprises ("Vincit, LLC") seek leave to file a Sur-Reply to Defendants' renewed

4  Motion to Dismiss for Lack of Personal Jurisdiction ("Renewed Motion to Dismiss").[1]  A copy of

5  Defendants' proposed Sur-Reply and supporting papers are attached as **Exhibits 1 through 3** to

6  the Declaration of Sean Bothamley filed concurrently herewith.

7       This motion is made on the grounds that permitting the filing of Defendants' Sur-Reply is

8  likely to result in significant efficiencies of time and resources for both the Court and the parties

9  to this action, by allowing the Court to consider new and material facts that have arisen since the

10  filing of Defendant's Reply papers and which can otherwise only be raised by way of a Motion

11  for Reconsideration *after* the Court has ruled on Defendants' Renewed Motion to Dismiss.

12       On December 27, 2019, after Defendants filed their Reply papers[2], a Sonoma County

13  Superior Court order – which adjudicated the issue of whether sufficient minimum contacts exist

14  with respect to Stellar, Inc. and Vincit, LLC such that California courts can assert personal

15  jurisdiction over these defendants relating to claims arising out of Plaintiff' David Chavez'

16  August 2018 employment – became final.

17       As set forth within the accompanying Sur-Reply, Defendants contend that this final order

18  is material to Defendants' Renewed Motion to Dismiss.  Except in limited circumstances, the

19  Northern District of California's Local Rules restrict the filing of supplementary material once a

20  reply to a motion is filed.  *See* NDCA, CLR  7-3(d).  The alternative procedure for raising these

21  new facts to the Court would be through a Motion for Reconsideration pursuant to Local Rule 7-

22  9, which first requires the entry of an interlocutory order.  *See* NDCA, CLR  7-9(a).  As no such

23  order will exist until *after* the Court has ruled on Defendants' Renewed Motion to Dismiss,

24  without leave to file their Sur-Reply, the Court will be unable to consider these new facts prior to

25  its ruling unless this Administrative Motion is granted.

26       Should the Court deny their Renewed Motion to Dismiss, Defendants will seek leave to

---

[1] Dkt. No. 45.
[2] Dkt. No. 51.

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

3424151.2

-1-

DEFENDANTS STELLAR MANAGEMENT GROUP, INC. AND THE VINCIT COMPANY, LLC'S ADMINISTRATIVE MOTION FOR
LEAVE TO FILE SUR-REPLY TO RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
CASE NO. 3:19-CV-01353-JCS

1  file a Motion for Reconsideration presenting these new facts and related legal arguments.  Should

2  the Court grant Defendants' Renewed Motion to Dismiss, then the order may potentially be

3  subject to appeal without all relevant and material information having been addressed and

4  considered.

5        Accordingly, Defendants seek leave to present new facts, and legal arguments relating to

6  such facts, to this Court through their Sur-Reply for consideration prior to a decision on the merits

7  of their Renewed Motion to Dismiss.

8

9

10  Dated: January 7, 2020           HOPKINS & CARLEY
                               A Law Corporation

11

12                     By: */s/ Sean Bothamley*

13                         Ernest M. Malaspina
                       Jennifer S. Coleman

14                         Shirley E. Jackson
                       Sean Bothamley

15                         Attorneys for Defendants
                       Stellar Management Group VII, LLC

16                         Stellar Management Group, Inc. d/b/a QSI
                         Quality Service Integrity

17                         The Vincit Company, LLC d/b/a The Vincit
                       Group and Vincit Enterprises

18

19

20

21

22

23

24

25

26

27

28

3424151.2                               - 2 -

DEFENDANTS STELLAR MANAGEMENT GROUP, INC. AND THE VINCIT COMPANY, LLC'S ADMINISTRATIVE MOTION FOR
LEAVE TO FILE SUR-REPLY TO RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
CASE NO.  3:19-CV-01353-JCS