UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STELLAR MANAGMENT GROUP VII, LLC, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01353-JCS<br><br>**ORDER GRANTING ADMINSTRATIVE MOTION FOR LEAVE TO FILE SURREPLY**<br><br>Re: Dkt. No. 54 |

Defendants move for leave to file a surreply to address a recent decision of a California state court that, according to Defendants, establishes issue preclusion with respect to Defendants' pending motion to dismiss for lack of personal jurisdiction. The administrative motion is GRANTED and the proposed surreply submitted therewith is deemed filed. Plaintiff David Chavez may file a response to the surreply addressing the purported preclusive effect of the state court decision no later than January 16, 2020, not exceeding ten pages. The hearing on the underlying motion remains set for January 31, 2020.

**IT IS SO ORDERED.**

Dated: January 9, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　Chief Magistrate Judge