UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAVEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>STELLAR MANAGEMENT GROUP VII, LLC, et al.,<br><br>            Defendants. | Case No. 19-cv-01353-JCS<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 48 |

Plaintiff David Chavez moved to file under seal three exhibits in support of his opposition to Defendants' renewed motion to dismiss. Dkt. 48. In response, Defendants filed declarations by Tammy Way and Scott Huffstutler stating sufficient reasons to maintain those documents under seal. *See* dkts. 49, 50; *see also* Civ. L.R. 79-5(e). Chavez's administrative motion to file under seal is therefore GRANTED.

**IT IS SO ORDERED.**

Dated: April 16, 2020

JOSEPH C. SPERO
Chief Magistrate Judge