UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STELLAR MANAGEMENT GROUP VII, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-01353-JCS<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR CONDITIONAL CERTIFICATION AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 116, 127 |

　　In light of the parties' tentative settlement, request to stay all deadlines, and intent to file a motion for preliminary approval, the pending motion for conditional certification of a collective under the Fair Labor Standards Act (dkt. 116) is DENIED without prejudice to either refiling that motion or addressing any overlapping issues in the forthcoming motion for preliminary approval.

　　The parties' request to continue the case management conference previously set for January 15, 2021 is GRANTED. *See* dkt. 127. The case management conference will occur on March 19, 2021 at 2:00 PM.

　　The parties shall file a motion for preliminary approval no later than February 26, 2021.

　　**IT IS SO ORDERED.**

Dated: January 11, 2021

JOSEPH C. SPERO
Chief Magistrate Judge