Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiffs and the Settlement Class and Collective*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAVEZ and VINCENT SLAUGHTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STELLAR MANAGEMENT GROUP VII, LLC; STELLAR MANAGEMENT GROUP, INC. d/b/a QSI QUALITY SERVICE INTEGRITY; THE VINCIT COMPANY, LLC d/b/a THE VINCIT GROUP and VINCIT ENTERPRISES,<br><br>Defendants. | Case No.: 3:19-cv-01353-JCS<br><br>Hon. Joseph C. Spero<br><br>**[PROPOSED] FINAL JUDGMENT AND DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Date:         March 18, 2022<br>Time:         9:30 a.m.<br>Courtroom:   G, 15th Floor<br><br>Filed: March 13, 2019<br>Trial Date: None |

1  The Motions for Final Approval of Settlement and for Attorneys' Fees and Costs and Service Awards filed by Plaintiffs David Chavez and Vincent Slaughter ("Plaintiffs") in this action (the "Action"), came on for remote hearing on March 18, 2022 at 9:30 a.m., by remote videoconference via the online platform Zoom, in Courtroom G, 15th Floor, of the above-captioned court, the Honorable Joseph C. Spero presiding. Defendants did not oppose the motions.

The Court previously granted Plaintiff's Motion for Preliminary Approval of Class and Collective Action Settlement (*see* ECF 154), the Parties have fully briefed the issues regarding final approval and attorneys' fees, costs, and service award, the case has been heard, and the Court has granted final approval of the Settlement. The Court has separately entered orders awarding attorneys' fees and costs and service awards, and granting final approval of the parties' class action settlement pursuant to Federal Rule of Civil Procedure 23, which has settled this action in its entirety. The Court's findings of fact and conclusions of law stated within those orders are expressly incorporated herein by reference as though set forth in full.

Accordingly, pursuant to Federal Rule of Civil Procedure 58, and subject to the Court's continuing jurisdiction with respect to all matters arising from or related to the implementation of the Settlement Agreement and final approval Order, the Court directs the Clerk of the Court to enter this Final Judgment dismissing the entire action with prejudice.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: March 18, 2022

_____
HON. JOSEPH C. SPERO
United States Chief Magistrate Judge
Northern District of California